IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CR-370 JAR |
| ARTHUR LEE JACKSON, | ) |
| Defendant. | ) |

## SENTENCING MEMORANDUM

Defendant Arthur Lee Jackson, through Assistant Federal Defender Kevin Gau, hereby gives notice he will be praying for a jointly-recommended and within-guidelines **sentence of probation**. Since the United States Sentencing Commission guidelines imprisonment range applicable to Mr. Jackson is zero to six months (Zone A), a sentence of imprisonment is generally not required (Doc. 61, Presentence Investigation Report, ("PSR") ¶¶ 66). *See* USSG § 5C1.1(b) and § 5C1.1 comment. (n. 2). Among other reasons, further support for a probation sentence is found in Mr. Jackson's age and infirmity:

An Army Veteran honorably discharged in 1982, Mr. Jackson is 66 years old, resides in an assisted living facility, and now suffers from multiple physical health issues which require medical treatment (PSR ¶¶ 43, 45, 59). He has had multiple hospitalizations for high glucose levels, altered mental status, congestive heart failure, high blood pressure, and falls. He has been diagnosed with, among other things, Type II diabetes, high blood pressure, heart disease, chronic kidney failure, cognitive decline, mood disorder, carpal tunnel syndrome, right knee stent and metal placement, depression, obesity, chronic back pain, and high cholesterol.

Even in cases with significantly higher guideline ranges than Mr. Jackson's, extraordinary physical impairment may be a reason to depart downward—such as the case of a seriously infirm

defendant, where home detention may be as efficient as, and less costly than, imprisonment. USSG § 5H1.4.  Advanced age, especially combined with infirmity, can also provide a reason to depart downward to a point where a form of punishment such as home confinement might be equally efficient as and less costly than incarceration. USSG § 5H1.1.

Considering the unusual aspect of this case (Mr. Jackson's age and medical problems), as well as that Mr. Jackson's guideline range falls in Zone A on the sentencing table, a sentence of probation meets the sentencing purposes set out in 18 U.S.C. § 3553(a).

WHEREFORE, for the foregoing reasons and as may be further argued at sentencing, Mr. Jackson prays for a sentence of probation.

Respectfully submitted,

*/s/ Kevin B. Gau*
KEVIN B. GAU #51595MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Gau@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, the foregoing was filed with the Clerk of the Court through the Court's electronic filing system and served thereby upon Ashley M. Walker, Assistant United States Attorney.

/s/ *Kevin B. Gau*
KEVIN B. GAU
Assistant Federal Public Defender